JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN OCANA, | ) | Case No. ED CV 14-934-SP |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATION FOR DISMISSAL |
| COUNTY OF SAN BERNARDINO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation re: Dismissal of Complaint with Prejudice, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.  The parties shall bear their own fees and costs incurred in connection with the prosecution or defense of this action.


Dated: September 15, 2014

_____
SHERI PYM
United States Magistrate Judge